Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                        Case No.: 19–30093–MBK
                        Chapter:  13
                        Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Terry L. Neff
   147 Risdon Strreet
   Mount Holly, NJ 08060

Social Security No.:
   xxx–xx–2981

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:          1/8/20
Time:         10:00 AM
Location:      Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: November 19, 2019
JAN: wdr

                                      Jeanne Naughton
                                      Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 19-30093-MBK
Terry L. Neff                                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin              Page 1 of 2              Date Rcvd: Nov 19, 2019
                               Form ID: 132             Total Noticed: 27

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 21, 2019.
db             +Terry L. Neff,    147 Risdon Strreet,    Mount Holly, NJ 08060-1851
518529018       ARS Account Resolution,    P.O. Box 459079,    Sunrise, FL 33345-9079
518577272      +Aarons Inc,    400 Galleria Parkway SE,    Suite 300,    Atlanta, GA 30339-3182
518577269      +Burlington county Sheriff Sale,    49 Rancocas Rd,    Mount Holly, NJ 08060-1317
518529021      +EOS CCA,    P.O. Box 981008,    Boston, MA 02298-1008
518529020      +Emer Phy Assoc NJ,    1 Riverview Plaza,    Red Bank, NJ 07701-1864
518577270      +KML Law Group,    216 Haddon Ave,    Suite 406,    Westmont, NJ 08108-2812
518529028      +PNC Mortgage,    222 Delaware Avenue,    Wilmington, DE 19801-1621
518529029      +Pressler Felt & Warshaw LLP,    7 Entin Road,    Parsippany, NJ 07054-5020
518529027     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: NJ Division of Taxation,    Bankruptcy Section,    P.O. Box 245,
                 Trenton, NJ 08695)
518529030      +Sears CBNA,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
518529032      +U.S. Department of Housing and Urban Dev,    451 7th Street S.W.,    Washington, DC 20410-0002
518555392      +US Dept of Housing,    26 Federal Plaza,    Ste 3541,    New York, NY 10278-0004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 20 2019 00:14:00     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 20 2019 00:13:58     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518529019      +E-mail/Text: bankruptcynotices@dcicollect.com Nov 20 2019 00:14:29     Diversified Consultant,
                 10550 Deerwood Park Blvd,    Jacksonville, FL 32256-0596
518529022      +E-mail/Text: bnc-bluestem@quantum3group.com Nov 20 2019 00:14:32     Fingerhut Advatage,
                 C/o WebBank,    215 South State Street,    Suite 1000,    Salt Lake City, UT 84111-2336
518529023      +E-mail/Text: cio.bncmail@irs.gov Nov 20 2019 00:13:29     Internal Revenue Service,
                 P.O. Box 7346,    Philadelphia, PA 19101-7346
518529024      +E-mail/PDF: gecsedi@recoverycorp.com Nov 20 2019 00:21:39     JC Penney,    P.O. Box 9600090,
                 Orlando, FL 32896-0001
518543716       E-mail/PDF: resurgentbknotifications@resurgent.com Nov 20 2019 00:21:53     LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518529025      +E-mail/PDF: gecsedi@recoverycorp.com Nov 20 2019 00:24:04     Lowes/Synchrony,
                 P.O. Box 530914,    Atlanta, GA 30353-0914
518529026      +E-mail/Text: bankruptcydpt@mcmcg.com Nov 20 2019 00:13:57     Midland Funding,
                 2365 Northside Dr,    Suite 300,    San Diego, CA 92108-2709
518577271      +E-mail/Text: bankruptcy@pseg.com Nov 20 2019 00:12:37     PSEG,    POB 490,
                 Cranford, NJ 07016-0490
518570971      +E-mail/Text: bncmail@w-legal.com Nov 20 2019 00:14:08     SYNCHRONY BANK,
                 c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
518529031      +E-mail/PDF: gecsedi@recoverycorp.com Nov 20 2019 00:22:42     Synchrony Bank,
                 Attn: Bankruptcy Dept.,    P.O. Box 965060,    Orlando, FL 32896-5060
518531780      +E-mail/PDF: gecsedi@recoverycorp.com Nov 20 2019 00:22:43     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518529033      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Nov 20 2019 00:12:30
                 Verizon Wireless,    P.O. Box 26055,    Minneapolis, MN 55426-0055
                                                                                             TOTAL: 14

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2019                                          Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Nov 19, 2019
                              Form ID: 132             Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 19, 2019 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              George E Veitengruber, III    on behalf of Debtor Terry L. Neff bankruptcy@veitengruberlaw.com,
               knapolitano15@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    PNC Bank, National Association
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 4