Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−30093−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Terry L. Neff
   147 Risdon Strreet
   Mount Holly, NJ 08060

Social Security No.:
   xxx−xx−2981

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on March 17, 2020.

On 01/13/2021 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date: February 16, 2021
Time: 10:00 AM
Location: Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: January 14, 2021
JAN: mjb

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Terry L. Neff  
Debtor

Case No. 19-30093-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 3  
Date Rcvd: Jan 14, 2021    Form ID: 185    Total Noticed: 35

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Terry L. Neff, 147 Risdon Strreet, Mount Holly, NJ 08060-1851 |
| lm | + | PNC BANK, 222 DELAWARE AVENUE, WILMINGTON, DE 19801-1637 |
| 518529018 | | ARS Account Resolution, P.O. Box 459079, Sunrise, FL 33345-9079 |
| 518577272 | + | Aarons Inc, 400 Galleria Parkway SE, Suite 300, Atlanta, GA 30339-3182 |
| 518577269 | + | Burlington county Sheriff Sale, 49 Rancocas Rd, Mount Holly, NJ 08060-1317 |
| 518529021 | + | EOS CCA, P.O. Box 981008, Boston, MA 02298-1008 |
| 518529020 | + | Emer Phy Assoc NJ, 1 Riverview Plaza, Red Bank, NJ 07701-1864 |
| 518626942 | | Emergency Physicians Services of New Jersey, PC, PO Box 1123, Minneapolis MN 55440-1123 |
| 518577270 | #+ | KML Law Group, 216 Haddon Ave, Suite 406, Westmont, NJ 08108-2812 |
| 518529028 | + | PNC Mortgage, 222 Delaware Avenue, Wilmington, DE 19801-1621 |
| 518529029 | + | Pressler Felt & Warshaw LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 518529027 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, NJ Division of Taxation, Bankruptcy Section, P.O. Box 245, Trenton, NJ 08695 |
| 518529030 | + | Sears CBNA, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 518621605 | + | Virtua Health Mem, Aprx Asset Management LLC, POB 5407, Lancaster, PA 17606-5407 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 14 2021 21:11:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 14 2021 21:11:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518529019 | + | Email/Text: bankruptcynotices@dcicollect.com | Jan 14 2021 21:11:00 | Diversified Consultant, 10550 Deerwood Park Blvd, Jacksonville, FL 32256-0596 |
| 518529022 | + | Email/Text: bnc-bluestem@quantum3group.com | Jan 14 2021 21:12:00 | Fingerhut Advatage, C/o WebBank, 215 South State Street, Suite 1000, Salt Lake City, UT 84111-2336 |
| 518529023 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 14 2021 21:10:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 518529024 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 14 2021 22:10:26 | JC Penney, P.O. Box 9600090, Orlando, FL 32896-0001 |
| 518598073 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 14 2021 21:11:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518543716 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 14 2021 22:11:57 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518529025 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 14 2021 22:10:26 | Lowes/Synchrony, P.O. Box 530914, Atlanta, GA |

Case 19-30093-MBK    Doc 42    Filed 01/16/21    Entered 01/17/21 00:17:22    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 14, 2021 | Form ID: 185 | Total Noticed: 35 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 30353-0914 |
| 518529026 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 14 2021 21:11:00 | Midland Funding, 2365 Northside Dr, Suite 300, San Diego, CA 92108-2709 |
| 518641606 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 14 2021 21:11:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 518600292 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 14 2021 21:10:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 518634779 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 14 2021 22:11:54 | Portfolio Recovery Associates, LLC, c/o SEARS, POB 41067, Norfolk, VA 23541 |
| 518577271 | + | Email/Text: bankruptcy@pseg.com | Jan 14 2021 21:09:00 | PSEG, POB 490, Cranford, NJ 07016-0490 |
| 518570971 | + | Email/Text: bncmail@w-legal.com | Jan 14 2021 21:11:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 518529031 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 14 2021 22:11:06 | Synchrony Bank, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 518531780 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 14 2021 22:11:06 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518529032 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Jan 14 2021 22:11:49 | U.S. Department of Housing and Urban Dev, 451 7th Street S.W., Washington, DC 20410-0002 |
| 518555392 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Jan 14 2021 22:11:49 | US Dept of Housing, 26 Federal Plaza, Ste 3541, New York, NY 10278 |
| 518630286 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jan 14 2021 22:11:26 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518529033 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 14 2021 21:09:00 | Verizon Wireless, P.O. Box 26055, Minneapolis, MN 55426-0055 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518615541 | *P++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245, address filed with court:, State of New Jersey, Division of Taxation, PO BOX 245-Bankruptcy, Trenton, NJ 08695-0272 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 16, 2021        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

District/off: 0312-3 | User: admin | Page 3 of 3
Date Rcvd: Jan 14, 2021 | Form ID: 185 | Total Noticed: 35

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 14, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor PNC Bank National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| George E Veitengruber, III | on behalf of Debtor Terry L. Neff bankruptcy@veitengruberlaw.com knapolitano15@gmail.com |
| Kevin Gordon McDonald | on behalf of Creditor PNC Bank National Association kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Loss Mitigation PNC BANK rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7