Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  19−30093−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Terry L. Neff
    147 Risdon Strreet
    Mount Holly, NJ 08060

Social Security No.:
    xxx−xx−2981

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/30/21.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: July 30, 2021
JAN: kmm

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:

Terry L. Neff

Debtor

Case No. 19-30093-MBK

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3

Date Rcvd: Jul 30, 2021

User: admin

Form ID: 148

Page 1 of 3

Total Noticed: 34

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Terry L. Neff, 147 Risdon Strreet, Mount Holly, NJ 08060-1851 |
| lm | + | PNC BANK, 222 DELAWARE AVENUE, WILIMINGTON, DE 19801-1637 |
| 518529018 | | ARS Account Resolution, P.O. Box 459079, Sunrise, FL 33345-9079 |
| 518577272 | + | Aarons Inc, 400 Galleria Parkway SE, Suite 300, Atlanta, GA 30339-3182 |
| 518577269 | + | Burlington county Sheriff Sale, 49 Rancocas Rd, Mount Holly, NJ 08060-1317 |
| 518529021 | + | EOS CCA, P.O. Box 981008, Boston, MA 02298-1008 |
| 518529020 | + | Emer Phy Assoc NJ, 1 Riverview Plaza, Red Bank, NJ 07701-1864 |
| 518626942 | | Emergency Physicians Services of New Jersey, PC, PO Box 1123, Minneapolis MN 55440-1123 |
| 518529028 | + | PNC Mortgage, 222 Delaware Avenue, Wilmington, DE 19801-1621 |
| 518529029 | + | Pressler Felt & Warshaw LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 518529027 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, NJ Division of Taxation, Bankruptcy Section, P.O. Box 245, Trenton, NJ 08695 |
| 518621605 | + | Virtua Health Mem, Aprx Asset Management LLC, POB 5407, Lancaster, PA 17606-5407 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 30 2021 20:27:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 30 2021 20:27:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518529019 | + | EDI: DCI.COM | Jul 31 2021 00:28:00 | Diversified Consultant, 10550 Deerwood Park Blvd, Jacksonville, FL 32256-0596 |
| 518529022 | + | Email/Text: bankruptcy@webbank.com | Jul 30 2021 20:27:00 | Fingerhut Advatage, C/o WebBank, 215 South State Street, Suite 1000, Salt Lake City, UT 84111-2336 |
| 518529023 | + | EDI: IRS.COM | Jul 31 2021 00:28:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 518529024 | + | EDI: RMSC.COM | Jul 31 2021 00:28:00 | JC Penney, P.O. Box 9600090, Orlando, FL 32896-0001 |
| 518598073 | | EDI: JEFFERSONCAP.COM | Jul 31 2021 00:28:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518543716 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 30 2021 20:40:26 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518529025 | + | EDI: RMSC.COM | Jul 31 2021 00:28:00 | Lowes/Synchrony, P.O. Box 530914, Atlanta, GA 30353-0914 |

| | | | |
|---|---|---|---|
| 518529026 | + EDI: MID8.COM | Jul 31 2021 00:28:00 | Midland Funding, 2365 Northside Dr, Suite 300, San Diego, CA 92108-2709 |
| 518641606 | + EDI: MID8.COM | Jul 31 2021 00:28:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 518600292 | Email/Text: Bankruptcy.Notices@pnc.com | Jul 30 2021 20:27:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 518634779 | EDI: PRA.COM | Jul 31 2021 00:28:00 | Portfolio Recovery Associates, LLC, c/o SEARS, POB 41067, Norfolk, VA 23541 |
| 518577271 | + Email/Text: bankruptcy@pseg.com | Jul 30 2021 20:27:00 | PSEG, POB 490, Cranford, NJ 07016-0490 |
| 518570971 | + Email/Text: bncmail@w-legal.com | Jul 30 2021 20:27:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 518529030 | + EDI: CITICORP.COM | Jul 31 2021 00:28:00 | Sears CBNA, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 518529031 | + EDI: RMSC.COM | Jul 31 2021 00:28:00 | Synchrony Bank, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 518531780 | + EDI: RMSC.COM | Jul 31 2021 00:28:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518529032 | + Email/PDF: OGCRegionIIBankruptcy@hud.gov | Jul 30 2021 20:40:23 | U.S. Department of Housing and Urban Dev, 451 7th Street S.W., Washington, DC 20410-0002 |
| 518555392 | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Jul 30 2021 20:40:23 | US Dept of Housing, 26 Federal Plaza, Ste 3541, New York, NY 10278 |
| 518630286 | + EDI: AIS.COM | Jul 31 2021 00:28:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518529033 | + EDI: VERIZONCOMB.COM | Jul 31 2021 00:28:00 | Verizon Wireless, P.O. Box 26055, Minneapolis, MN 55426-0055 |

TOTAL: 22

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518615541 | *P++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245, address filed with court:, State of New Jersey, Division of Taxation, PO BOX 245-Bankruptcy, Trenton, NJ 08695-0272 |
| 518577270 | ##+ | KML Law Group, 216 Haddon Ave, Suite 406, Westmont, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2021                    Signature:        /s/Joseph Speetjens

District/off: 0312-3                          User: admin                                    Page 3 of 3
Date Rcvd: Jul 30, 2021                       Form ID: 148                               Total Noticed: 34

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2021 at the address(es) listed below:**

**Name**                          **Email Address**

Albert Russo
    on behalf of Trustee Albert Russo docs@russotrustee.com

Albert Russo
    docs@russotrustee.com

Denise E. Carlon
    on behalf of Creditor PNC Bank  National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

George E Veitengruber, III
    on behalf of Debtor Terry L. Neff bankruptcy@veitengruberlaw.com  knapolitano15@gmail.com

Kevin Gordon McDonald
    on behalf of Creditor PNC Bank  National Association kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Rebecca Ann Solarz
    on behalf of Loss Mitigation PNC BANK rsolarz@kmllawgroup.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7